STATE OF NEW JERSEY v. GLORIA GRAVES.

July 7, 1971. Petition for certification granted. (See 114 *N. J. Super.* 222)

JOHN W. PRITCHETT, *ETC.*, *ET AL.* v. IMPERIAL DISTRIBUTING CO., *ETC.*, *ET AL.*

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GALVIN.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE J. HEGEL, *ET AL.*

July 7, 1971. Petition for certification denied. (See 113 *N. J. Super.* 193)

STATE OF NEW JERSEY v. GARY S. MAIK.

July 7, 1971. Petition for certification granted. (See 114 *N. J. Super.* 470)

STATE OF NEW JERSEY v. WALTER HARMON.

July 7, 1971. Petition for certification denied.